No. 129. LLOYD-SMITH *v.* BICKNELL, RECEIVER. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE REED took no part in the consideration and de-

cision of this application. *Messrs. Boykin C. Wright* and *James A. Fowler, Jr.* for petitioner. *Mr. Chester W. Cuthell* for respondent.